# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**WANDA C. STRINGER**                                                              **PLAINTIFF**

**V.**                                                      **NO. 4:14-CV-00091-DMB-JMV**

**MOUND BAYOU PUBLIC SCHOOL**
**DISTRICT, et al.**                                                          **DEFENDANTS**

## ORDER DISMISSING CASE
## BY REASON OF SETTLEMENT

The Court has been advised that this action has been settled, or is in the process of being settled. Therefore, it is unnecessary that the matter remain upon the calendar of the Court. Accordingly, **IT IS ORDERED** that: (1) this action is **DISMISSED WITHOUT PREJUDICE** and (2) the pending motion in limine [35] and motion to consolidate [40] are **denied as moot**.

The Court retains complete jurisdiction to vacate this Order and to reopen the action upon cause shown that the settlement has not been completed and that further litigation is necessary.

**SO ORDERED**, this 28th day of January, 2016.

                                                        **/s/ Debra M. Brown**
                                                        **UNITED STATES DISTRICT JUDGE**